IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EUGENIO RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-40-KAJ |
| | ) | |
| STATE OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

1. Denied that the plaintiff has stated a viable Civil Rights claim against the State of Delaware. Denied that the Court has jurisdiction over the claim asserted by the plaintiff against the State of Delaware.

2. Denied.

3. Denied that the plaintiff has stated a viable Civil Rights claim against the State of Delaware. Denied that the Court has jurisdiction over the claim asserted by the plaintiff against the State of Delaware.

4. Denied. By way of further answer, there is no allegation in the Complaint that the plaintiff was arrested by officers of the State of Delaware.

5. Denied.

6. Answering defendant is without sufficient knowledge or information to respond.

7. Answering defendant is without sufficient knowledge or information to respond.

8. Answering defendant is without sufficient knowledge or information to respond.

9. Answering defendant is without sufficient knowledge or information to respond.

10. Answering defendant is without sufficient knowledge or information to respond.

11. Answering defendant is without sufficient knowledge or information to respond.

12. Answering defendant is without sufficient knowledge or information to respond.

13. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the Delaware State Police were not contacted.

14. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the Delaware State Police did not interview the victim.

15. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the Delaware State Police were not provided with the name of the plaintiff.

16. Answering defendant is without sufficient knowledge or information to respond.

17. Answering defendant is without sufficient knowledge or information to respond.

18. Answering defendant is without sufficient knowledge or information to respond.

19. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the victim was not questioned by the Delaware State Police.

20. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the victim made no statement to the Delaware State Police.

21. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the victim was not questioned by the Delaware State Police.

22. Answering defendant is without sufficient knowledge or information to respond.

23. Answering defendant is without sufficient knowledge or information to respond.

24. Answering defendant is without sufficient knowledge or information to respond.

25. Answering defendant is without sufficient knowledge or information to respond.

26. Answering defendant is without sufficient knowledge or information to respond.

27. Answering defendant is without sufficient knowledge or information to respond.

28. Answering defendant is without sufficient knowledge or information to respond.

29. Answering defendant is without sufficient knowledge or information to respond.

30. Answering defendant is without sufficient knowledge or information to respond.

31. Answering defendant is without sufficient knowledge or information to respond.

32. Answering defendant is without sufficient knowledge or information to respond.

33. Denied.

34. Denied.

35. The answering defendant restates, and incorporates herein by reference, the responses set forth in paragraphs 1 through 34 above.

36. Denied.

37. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the plaintiff was not arrested by officers of the State of Delaware.

38. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the plaintiff was not arrested by officers of the State of Delaware.

39. The answering defendant restates, and incorporates herein by reference, the responses set forth in paragraphs 1 through 38 above.

40. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the plaintiff was not arrested by officers of the State of Delaware.

41. The averment calls for a legal conclusion and is not a factual allegation, and is thus improper, and no answer is required.

42. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the plaintiff was not arrested by officers of the State of Delaware.

43. Answering defendant is without sufficient knowledge or information to respond.

44. Answering defendant is without sufficient knowledge or information to respond.

45. Answering defendant is without sufficient knowledge or information to respond.

46. Answering defendant is without sufficient knowledge or information to respond. By way of further answer, the plaintiff was not arrested by officers of the State of Delaware.

47. The answering defendant restates, and incorporates herein by reference, the responses set forth in paragraphs 1 through 46 above.

48. Answering defendant is without sufficient knowledge or information to respond.

49. Answering defendant is without sufficient knowledge or information to respond.

50. Answering defendant is without sufficient knowledge or information to respond.

51. Answering defendant is without sufficient knowledge or information to respond.

52. Answering defendant is without sufficient knowledge or information to respond.

53.     Denied that the plaintiff has stated a viable Civil Rights claim against the State of Delaware.  Denied that the Court has jurisdiction over the claim asserted by the plaintiff against the State of Delaware.  Denied that the plaintiff is entitled to a cost or fee award as against the State of Delaware.

WHEREFORE, the defendant State of Delaware asks that the Complaint be dismissed, with prejudice, for failure to state a claim against the State of Delaware.

### First Affirmative Defense

The complaint fails to state a claim against the State of Delaware upon which relief can be granted as a matter of law.

### Second Affirmative Defense

The State of Delaware is immune from suit under the Eleventh Amendment.

WHEREFORE, the defendant prays that the Court dismiss the plaintiff's action in its entirety, with prejudice, with all costs payable by the plaintiff.

 /s/ Ralph K. Durstein III
Ralph K. Durstein III (ID# 912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8510

Dated:  March 27, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EUGENIO RIVERA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     C. A. No. 06-40-KAJ |
| | ) |
| **STATE OF DELAWARE,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 27, 2006, he caused the attached Answer to the Complaint to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    R. Stokes Nolte, Esquire
    1010 N. Bancroft Parkway
    Suite 21
    Wilmington, DE 19805

                                          /s/ Ralph K. Durstein III
                                          Ralph K. Durstein III, I.D. #912
                                          Deputy Attorney General
                                          Department of Justice
                                          State of Delaware
                                          820 N. French Street, 6th Floor
                                          Wilmington, DE  19801
                                          (302)577-8510