IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENIO RIVERA, | : |
|           Plaintiff, | : |
| v. | :   Civil Action No. 06-40-KAJ |
| STATE OF DELAWARE, | : |
|           Defendant. | : |

## ORDER

At Wilmington this **17th** day of **November, 2006**.

IT IS ORDERED that the teleconference scheduled for November 17, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, February 26, 2007 at 9:00 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE