IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENIO RIVERA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-40-*** |
| | : |
| STATE OF DELAWARE, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the status teleconference scheduled for April 5, 2007 at 4:30 p.m. with Judge Jordan is canceled.

IT IS FURTHER ORDERED that the teleconference scheduled for **Monday, February 26, 2007 at 9:00 a.m.** Magistrate Judge Thynge shall be a status conference. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE