# NOLTE & ASSOCIATES
## ATTORNEYS AT LAW

| | |
|---|---|
| 1010 N. BANCROFT PARKWAY | TELEPHONE     (302) 777-1700 |
| SUITE 21 | TELEFACSIMILE (302) 777-1705 |
| WILMINGTON, DE 19805 | E-MAIL: RNOLTE@NB-DE.COM |

March 6, 2007

Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

      **Re: Eugenio Rivera v. State of Delaware**
          **C.A. No.: 06-40-KAJ**

Dear Magistrate Thynge:

    Pursuant to the Court' request, I am hereby notifying the Court that plaintiff hereby stipulates to the Magistrate's jurisdiction in the above caption matter. By copy of this letter to Dirk Durstein, I am enclosing the Consent to Exercise Jurisdiction executed on behalf of the plaintiff stipulating to the jurisdiction of the Magistrate Judge. In the interim, if you have any questions, please do not hesitate to contact me.

                                            Respectfully submitted,

                                            *R. Stokes Nolte*

                                            R. STOKES NOLTE

RSN/jfd

Enc.

cc: Ralph Durstein, Esquire