IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENIO RIVERA, | : |
|         Plaintiff, | : |
| v. | : Civil Action No. 06-40-*** |
| STATE OF DELAWARE, | : |
|         Defendant. | : |

## **ORDER**

At Wilmington this **21st** day of **March, 2007**.

IT IS ORDERED that the parties are to file a stipulation consenting to the jurisdiction of the Magistrate Judge on or before **Wednesday, March 28, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE