UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EUGENIO RIVERA, | ) | |
| | ) | NOTICE, CONSENT, AND ORDER OF |
| Plaintiff, | ) | REFERENCE-EXERCISE OF |
| | ) | JURISDICTION BY A UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| STATE OF DELAWARE, | ) | Civil Action No. 06-40-KAJ |
| | ) | |
| Defendant. | ) | |

NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

**Consent To The Exercise of Jurisdiction By A United States Magistrate Judge**

In accordance with provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Eugenio Rivera, Plaintiff | /S/ R. Stokes Nolte | 4/27/07 |
| | *(R. Stokes Nolte, Esquire)* | |
| State of Delaware, Defendant | /S/ Ralph K. Durstein III | 4/27/07 |
| | *(Ralph K. Durstein III, Esquire)* | |

**Order of Reference**

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c), and Fed.R.Civ.P. 73.

_____
Date                                                                 United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES

MAGISTRATE JUDGE.