IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENIO RIVERA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-40-*** |
| STATE OF DELAWARE, | : |
| Defendant. | : |

## ORDER

At Wilmington this **27th** day of **April, 2007**.

IT IS ORDERED that a scheduling teleconference has been scheduled for **Wednesday, May 9, 2007 at 8:15 a.m.** with Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE