# REILLY, JANICZEK & McDEVITT, P.C.

ATTORNEYS AT LAW
1010 NORTH BANCROFT PARKWAY
SUITE 21
WILMINGTON, DE  19805

_____

(302) 777-1700
FAX: (302) 777-1705
General@rjm-law.com
www.rjm-law.com

VINCENT F. REILLY *
LEE J. JANICZEK †
TRACEY M. MCDEVITT *
PATRICIA M. HENRICH *
STEVEN P. CHOLDEN †
KAREN J. STANZIONE *
GINO P. MECOLI *
R. STOKES NOLTE ∞
PETER L. LEJEUNE ?
SUZANNE I. TURPIN *
BRANDY L. HARRIS ◊
JENNIFER L. AXELROD *
TIFFANY J. GIANGIULIO *
KELLY B. TAIT *
BRIAN P. CORCORAN *
ANTHONY J. LEONARD *
MATTHEW I. SACK *
LAURA M. NOLTE ●
CHIAM R. LETWIN †
RYAN C. DONNELLY †

MEMBER OF PA BAR †
MEMBER OF PA & NJ BARS *
MEMBER OF NJ BAR ◊
MEMBER OF PA & MO BARS ?
MEMBER OF DE BAR ∞
MEMBER OF DE & PA BAR ●

**PHILADELPHIA OFFICE**
ONE SOUTH PENN SQUARE
SUITE 410
PHILADELPHIA, PA  19107
(215) 972-5200
FAX:  (215) 972-0405

**NEW JERSEY OFFICE**
SUITE 240
KEVON OFFICE CENTER
2500 MCCLELLAN BLVD.
MERCHANTVILLE, NJ 08109
(856) 317-7180
FAX: (856) 317-7188

December 11, 2007

Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

Dear Magistrate Thynge:

      RE:    **Eugenio Rivera v. State of Delaware**
                C.A. No.: 06-40-KAJ

      Pursuant to the Court's Scheduling Order, I am hereby notifying the Court that neither Plaintiff nor Defendant have anything to discuss regarding discovery and the Status Conference that is scheduled for December 14, 2007 can be removed from the Court's calendar.  Defendant intends to file a dispositive motion on December 28, 2007.  Depending on the outcome of that motion the parties may wish to have a Status Conference after the motions are/is decided.  In the interim, if you have any questions, please do not hesitate to contact me.

R EILLY, J ANICZEK & M C D EVITT, P.C.

Page 2

                                      **REILLY, JANICZEK & MCDEVITT, P.C.**

                                      By: */s/ R. Stokes Nolte*

RSN/cms
cc: Ralph Durstein, Esquire