IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EUGENIO RIVERA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No. 06-40-MPT |
| | ) |
| **STATE OF DELAWARE,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR SUMMARY JUDGMENT

    The defendant State of Delaware moves pursuant to Rule 56 for summary judgment as to all claims asserted by the plaintiff in this lawsuit. In support of this motion, the defense files the accompanying memorandum of law.

      /s/ Ralph K. Durstein III
Ralph K. Durstein III (ID# 912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8510

Dated: December 28, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EUGENIO RIVERA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    C. A. No. 06-40-MPT |
| | ) |
| **STATE OF DELAWARE,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I caused the attached Motion for Summary Judgment to be electronically filed with this Court and served via CM/ECF upon the following person(s):

R. Stokes Nolte
Nolte & Associates
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE  19805

                                                    s/s Ralph K. Durstein, III
                                                    Ralph K. Durstein III (ID# 912)
                                                    Deputy Attorney General
                                                    Department of Justice
                                                    State of Delaware
                                                    820 N. French Street
                                                    Wilmington, DE  19801
                                                    (302) 577-8510