IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENIO RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-40-MPT |
| ) | |
| STATE OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

### REQUEST TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff in the above caption matter, and requests 10 days from today's date, February 8, 2008, to file a response to Defendant's Motion for Summary Judgment. In support of its request, the Plaintiff states as follows:

1. Defendant has filed a Motion for Summary Judgment on or about December 28, 2007.

2. Plaintiff's counsel has spoken with Defendant' Counsel and requested a 10 day extension for answering the Motion for Summary Judgment.

3. Defendant's counsel had no objection to this request.

4. Plaintiff will file their Response to the Motion for Summary Judgment on or before February 18, 2008.

/s/ R. Stokes Nolte
R. Stokes Nolte, Esquire  (De No 2301)
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for the Plaintiff