# REILLY, JANICZEK & MCDEVITT, P.C.

ATTORNEYS AT LAW
1010 NORTH BANCROFT PARKWAY
SUITE 21
WILMINGTON, DE 19805

(302) 777-1700
FAX: (302) 777-1705
General@rjm-law.com
www.rjm-law.com

VINCENT F. REILLY *
LEE J. JANICZEK †
TRACEY M. MCDEVITT *
PATRICIA M. HENRICH *
STEVEN P. CHOLDEN †
KAREN J. STANZIONE *
GINO P. MECOLI *
R. STOKES NOLTE ∞
PETER L. LEJEUNE ∆
SUZANNE I. TURPIN *
BRANDY L. HARRIS ◊
JENNIFER L. AXELROD *
TIFFANY J. GIANGIULIO *
KELLY B. TAIT *
BRIAN P. CORCORAN *
ANTHONY J. LEONARD *
LAURA M. NOLTE "
CHAIM R. LETWIN *
RYAN C. DONNELLY *
ZACHARY D. CREGAR *

MEMBER OF PA BAR †
MEMBER OF PA & NJ BARS *
MEMBER OF NJ BAR ◊
MEMBER OF PA & MO BARS ∆
MEMBER OF DE BAR ∞
MEMBER OF DE & PA BAR "

PHILADELPHIA OFFICE
ONE SOUTH PENN SQUARE
SUITE 410
PHILADELPHIA, PA 19107
(215) 972-5200
FAX: (215) 972-0405

NEW JERSEY OFFICE
SUITE 240
KEVON OFFICE CENTER
2500 MCCLELLAN BLVD
MERCHANTVILLE, NJ 08109
(856) 317-7180
FAX: (856) 317-7188

March 4, 2008

Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

**Re: Eugenio Rivera v. State of Delaware**
**C.A. No.: 06-40-KAJ**

Dear Magistrate Thynge:

As an officer of the Court I am compelled to advise the Court that Plaintiff can not in good faith offer opposition to the brief for Summary Judgment filed by the State of Delaware regarding application of the Eleventh Amendment Doctrine of Sovereign Immunity.

Respectfully submitted,

/s./ R. Stokes Nolte

R. STOKES NOLTE

RSN/jfd
cc: Ralph Durstein, Esquire