IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENIO RIVERA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-40-*** |
| STATE OF DELAWARE, | : |
| Defendant. | : |

ORDER

At Wilmington this **18th** day of **March, 2007**.

WHEREAS, on December 28, 2007, defendant filed a motion for summary judgment as to all claims asserted by plaintiff. Defendant moved to dismissed on the bases of sovereign immunity under the Eleventh Amendment and for failure to state a claim under Fed. R. Civ. P. 12;

WHEREAS, on March 4, 2008, R. Stokes Nolte, Esq. counsel for plaintiff, advised by letter "that Plaintiff can not in good faith offer opposition to the brief for Summary Judgement filed by the State of Delaware regarding application of the Eleventh Amendment Doctrine of Sovereign Immunity."[1] Therefore,

IT IS ORDERED, ADJUDGED and DECREED that defendant's motion for summary judgment is GRANTED. As a result, all claims against defendant are

---

[1] The court acknowledges Mr. Nolte's forthrightness and acceptance of his duty as an officer of the court. The court understands how difficult it can be at times for counsel to balance his obligations to his client and to the court. The court appreciates Mr. Nolte's honesty, which avoided the squandering of court resources and those of his opponent.

DISMISSED, and the remainder of the scheduling order dates, including the pretrial and trial dates are canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE